**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2231-22

EWING LAWRENCE
SEWERAGE AUTHORITY,

    Petitioner-Appellant,

v.

NEW JERSEY DEPARTMENT
OF ENVIRONMENTAL
PROTECTION,

    Respondent-Respondent.

_____

Submitted April 28, 2025 – Decided May 5, 2025

Before Judges Gummer, Berdote Byrne, and Jacobs.

On appeal from the New Jersey Department of Environmental Protection, Docket No. NJ0024759-46314.

Tyler Aversano & Krantz, PC, attorneys for appellant (George J. Tyler, of counsel and on the briefs; Matthew J. Krantz, on the briefs).

Matthew J. Platkin, Attorney General, attorney for respondent (Sookie Bae-Park, Assistant Attorney

General, of counsel; Amy E. Stevens, Deputy Attorney
General, on the brief).

PER CURIAM

We have been advised that this matter has been amicably resolved, and
the parties have stipulated to the dismissal of this appeal. Accordingly, the
appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is
a true copy of the original on file in
my office.

M.C. Harley

Clerk of the Appellate Division

A-2231-22